IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CRAIG THOMAS BATES,

                Plaintiff,

v.                                                ORDER

JON LITSCHER, CATHY JESS,                  16-cv-745-jdp
and RANDALL HEPP,

                Defendants.

---

Pro se plaintiff Craig Thomas Bates, a prisoner currently housed at the Fox Lake Correctional Institution (FLCI), filed a complaint alleging that FLCI and high-level DOC officials subjected him to unsafe drinking water and that their replacement of meat with soy-based products has harmed his health. In an April 19, 2017 order, I granted Bates leave to proceed on claims about the drinking water and gave Bates a deadline to amend his complaint to explain the basis for his claim about soy-based food. Dkt. 15. I stayed the case pending resolution of other pending cases regarding the water at FLCI.

Bates has responded to the April 19 order by saying that he would like to voluntarily dismiss his claim about soy-based food. Dkt. 17. He has also filed a proposed second amended complaint removing that claim. Dkt. 18. I will grant his motion to dismiss the soy-based food claim. The second amended complaint does not appear to otherwise materially differ from the first amended complaint, so I will accept the new pleading as the operative complaint without separately screening the allegations in that document. The water claims will remain stayed.

ORDER

IT IS ORDERED that plaintiff Craig Thomas Bates's motion to voluntarily dismiss his claims about soy-based food, Dkt. 17, is GRANTED.

Entered July 5, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge