IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CRAIG THOMAS BATES,

    Plaintiff,

  v.

JON LITSCHER, CATHY JESS,
RANDALL HEPP and KEVIN CARR,

    Defendants.

Case No.  16-cv-745-jdp

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 7/29/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |